IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-1003 |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | **Count 1** |
| | ) | 21 U.S.C. § 846 |
| ALEXANDER JOHN CHAPMAN and SHAWN JAVIER LOPEZ-JOHNSON, | ) | Conspiracy to Distribute a Controlled Substance |
| Defendants. | ) | |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about March, 2023, and continuing to in or about December, 2023, in the Northern District of Iowa and elsewhere, defendants ALEXANDER JOHN CHAPMAN and SHAWN JAVIER LOPEZ-JOHNSON did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of methamphetamine and actual (pure) methamphetamine, Schedule II controlled substances, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

This was in violation of Title 21, United States Code, Section 846.

TIMOTHY T. DUAX
United States Attorney

By: /s/ Nicole Nagin

NICOLE L NAGIN
Assistant United States Attorney

A TRUE BILL

_____  01-24-2024
Grand Jury Foreperson              Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 1/24/2024
PAUL DE YOUNG, CLERK

1